UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60030-CIV-MIDDLEBROOKS/LYNCH

JILL LETTELIER,
    Plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATIONS OF MAGISTRATE JUDGE LYNCH (DE 19)

THIS CAUSE comes before the Court upon Magistrate Judge Frank J. Lynch, Jr.'s Report & Recommendations ("Report") on Plaintiff's Motion for Summary Judgment (DE 16). Neither party has filed written objections to the Report.

For the reasons stated in the Report of Magistrate Judge Lynch and upon an independent *de novo* review of the file, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report (DE 19) is **RATIFIED, ADOPTED and APPROVED** in its entirety. Plaintiff's Motion for Summary Judgment (DE 16) is **GRANTED**. The Administrative Law Judge's decision is **REVERSED** and the case is **REMANDED** for a new hearing consistent with the instructions in Magistrate Judge Lynch's Report. The Clerk of the Court shall **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this ___ day of April, 2009.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Magistrate Judge Frank J. Lynch, Jr.;
              counsel of record.

1